# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:06-CR-199** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **HILARIA ESPINOSA-FUERTE** | : | |

## **ORDER**

AND NOW, this 15th day of December, 2011, upon consideration of the Government's Petition pursuant to Title 18, United States Code, Section 3573 (Doc. 1764), it is hereby ORDERED that said Petition is GRANTED. The unpaid balance of the fine imposed on the defendant on April 3, 2009, in this action is remitted.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge